**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-1499**

───────────

DAVID L. JOHNSTON,

Plaintiff - Appellant,

versus

LARRY G. MASSANARI, ACTING COMMISSIONER OF
SOCIAL SECURITY,

Defendant - Appellee.

───────────

Appeal from the United States District Court for the Southern
District of West Virginia, at Huntington.  Joseph Robert Goodwin,
District Judge.  (CA-00-108-2)

───────────

Submitted:  September 28, 2001      Decided:  November 5, 2001

───────────

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Jason E. Huber, FORMAN & CRANE, L.C., Charleston, West Virginia,
for Appellant.  James A. Winn, Regional Chief Counsel, Region III,
Kenneth DiVito, Assistant Regional Counsel, Office of the General
Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsyl-
vania; Charles T. Miller, United States Attorney, Kelly R. Curry,
Assistant United States Attorney, Charleston, West Virginia, for
Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David L. Johnston appeals from the district court's order upholding the decision of the Commissioner of Social Security to deny Johnston's application for disability insurance benefits. We have reviewed the record, the briefs, and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Johnston v. Massanari</u>, No. CA-00-108-2 (S.D.W. Va. Feb. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>